IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLIFFORD ANTONIO ROWLING,<br><br>    Plaintiff,<br><br>v.<br><br>ALAN LIFSCHITZ, ILLINOIS DEPARTMENT OF CORRECTIONS, JASON C. GARNETT, DENNIS LARSON, GARY GERST, and WEXFORD HEALTH SOURCES, INC.,<br><br>    Defendants. | Case No. 16-cv-459-NJR-MAB |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Mark A. Beatty (Doc. 121) regarding the motion for summary judgment filed by Defendants Gary Gerst, Dennis Larson, Alan Lifschitz, and Wexford Health Sources, Inc. (Doc. 103) and the motion for summary judgment filed by Defendant Jason C. Garnett and the Illinois Department of Corrections (Doc. 105). The Report and Recommendation was entered on May 10, 2019; it recommends granting both motions (Doc. 121). Plaintiff Clifford Antonio Rowling ("Rowling") did not file an objection to the Report and Recommendation.

Where neither timely nor specific objections to the Report and Recommendation are made, the Court should review the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may then

"accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The undersigned has reviewed Magistrate Judge Beatty's Report and Recommendation and finds there is no clear error in his findings of fact or conclusions of law. Accordingly, the Report and Recommendation (Doc. 121) is **ADOPTED** in its entirety. The Court **GRANTS** the motion for summary judgment filed by Defendants Gary Gerst, Dennis Larson, Alan Lifschitz, and Wexford Health Sources, Inc. (Doc. 103) and **GRANTS** the motion for summary judgment filed by Defendant Jason C. Garnett and the Illinois Department of Corrections (Doc. 105). All other pending motions are **DENIED as moot**. This action is **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to enter judgment accordingly.

IT IS SO ORDERED.

DATED: August 5, 2019

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**